

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CURTIS E. DILLON | DOCKET NO. 1:04 CV 1735 |
| | SECTION P |
| VS. | JUDGE DEE D. DRELL |
| CHARLES RIDDLE, ET AL. | MAGISTRATE JAMES D. KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, noting the absence of objections thereto, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation previously filed herein,

**IT IS ORDERED** that this petition is **DENIED AND DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana, on this 20th day of JUNE, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE