U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
SEP 14 2005
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

Curtis Dillin
v.
Charles Riddle

CV04-1735-A

1. Compensation at a daily rate of $1500.00 for each day confined due to this collusion.

2. An award of punitive damages to be awarded by the jury.

3. Costs; and

4. Injunctive and Declaratory Relief and any other relief deemed appropriate in equity.

Done under penalty of perjury.

Curtis E Dillin  9-8-05
La. State Penitentiary
Angola, La 70712

9/14/05

ALL RELIEF REQUESTED IN THIS MOTION OR THE "INDEPENDENT ACTION" IS DENIED

ALEXANDRIA, LA.